IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:16-cv-03429-AT |
| ) | |
| SIMON PROPERTY GROUP, INC., ) | |
| and ) | |
| SIMON PROPERTY GROUP, L.P., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The above-entitled matter came before the Court on Plaintiff's Unopposed Motion for Approval of Settlement ("Motion for Approval"). After reviewing the Motion for Approval, the Memorandum in Support of the Motion for Approval (the "Memorandum"), the Affidavit of Matthew Herrington ("Herrington Aff."), the Court hereby finds as follows:

### The Settlement Is Approved

1. The Court approves and incorporates by reference all of the definitions contained in the tendered Settlement Agreement.

2. Courts approve FLSA settlements when they are reached as a result of contested litigation to resolve bona fide disputes. *See, e.g., Lynn's Food Stores,*

*Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Fosbinder-Bittorf v. SSM Health Care of Wis., Inc.*, No. 11 Civ. 592, 2013 WL 5745102, at *1 (W.D. Wis. Oct. 23, 2013).  If the proposed settlement reflects a reasonable compromise over contested issues, the court should approve the settlement.  *Lynn's Food Stores*, 679 F.2d at 1354.

3. Here, settlement meets the standard for approval.  The settlement was the result of vigorously contested litigation with extensive discovery, and arm's-length negotiations.

4. The Court approves the allocation set forth in the Settlement Agreement for attorney fees and litigation expenses and costs.

5. Plaintiff's counsel has shown by affidavit that such allocation is reasonable under the circumstances of this case.

**Dismissal with Prejudice**

6. The Court dismisses this action with prejudice, but will retain jurisdiction over this action for the purposes of supervising the enforcement, of the Settlement Agreement.

7. The parties shall abide by all terms of the Settlement Agreement, which are incorporated herein, and this Order.

It is so ORDERED this 18th day of April, 2017

_____
The Honorable Amy Totenberg
United States District Judge